

**FLETCHER LAW, PLLC**
234 Fifth Avenue, 2nd Floor • New York, NY 10001
T: (212) 320-8945 • F: (347) 983-0046
www.fletcherlaw.co

Jordan Fletcher, Principal
Email: jordan@fletcherlaw.co

November 8, 2023

VIA ECF

The Honorable Denise L Cote
United States District Court
Southern District of New York
500 Pearl Street, Rm. 1910
New York, NY 10007

      Re: *Wilhelm v. Katzman, et al.*, 23 Civ. 8515 (S.D.N.Y.)
           Letter Motion to Adjourn Initial Conference

Dear Judge Cote,

    My law firm represents plaintiff Andrew J. Wilhelm in the above-referenced action. I write to request an adjournment of the Initial Conference currently scheduled for December 1, 2023.

    The reason for this adjournment is that I have plans to be travelling outside of the United States on December 1. I have conferred with counsel for all three defendants, *i.e.*, Johanna Schmitt of Kirkland & Ellis on behalf of defendants Liza Katzman and Pomegranate Productions, LLC; and Matthew Clark of The WNET Group. They both consent to this adjournment.

    In light of the coming winter holidays, all counsel are available on **January 19** or **January 26, 2024** to attend a rescheduled Initial Conference. As between those dates, Ms. Schmitt has indicated a preference for **January 26, 2024**.

    This is plaintiff's first request to adjourn the Initial Conference date.

Respectfully submitted,

*/s/ Jordan Fletcher*
Jordan Fletcher

Cc: (via email) johanna.schmitt@kirkland.com, ClarkM@wnet.org

*[Handwritten note: The conference is adjourned to 1/19 at 10:00 a.m.*
*/s/ Denise Cote*
*11/9/23]*