

**FLETCHER LAW, PLLC**
234 Fifth Avenue, 2nd Floor • New York, NY 10001
T: (212) 320-8945 • F: (347) 983-0046
www.fletcherlaw.co

Jordan Fletcher, Principal
Email: jordan@fletcherlaw.co

January 3, 2024

VIA ECF

The Honorable Denise L Cote
United States District Court
Southern District of New York
500 Pearl Street, Rm. 1910
New York, NY 10007

    Re:    *Wilhelm v. Katzman, et al.*, 23 Civ. 8515 (S.D.N.Y.)
           Letter Motion to Adjourn Initial Conference

Dear Judge Cote,

    My law firm represents plaintiff Andrew J. Wilhelm in the above-referenced action. I write to request an adjournment of the Initial Conference currently scheduled for January 19, 2024 at 10 a.m.

    The reasons for this request are (a) the parties appear to be close to reaching a settlement of this lawsuit and may require some additional time to finalize their agreement and file a stipulation of dismissal; and (b) I am scheduled to appear for oral argument before the Second Circuit Court of Appeals on January 19 at 10 a.m. in the case *City of New York v. Henriquez*, 23-325.

    I have conferred with counsel for all three defendants, *i.e.*, Johanna Schmitt of Kirkland & Ellis on behalf of defendants Liza Katzman and Pomegranate Productions, LLC; and Matthew Clark of The WNET Group. They both consent to this adjournment.

    All counsel are available on **February 2** or **February 9, 2024** to attend a rescheduled Initial Conference, however we anticipate being able to file for dismissal before that time.

    This is plaintiff's second request to adjourn the Initial Conference date.

Respectfully submitted,

Jordan Fletcher

Cc: (via email) johanna.schmitt@kirkland.com, ClarkM@wnet.org

*[Handwritten annotation: The conference is adjourned to 2/9/24 at 2:00 pm. Denise Cote 1/3/24]*